**FILED IN OPEN COURT**

**1-10-2024**

CLERK, U S DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                            Case Number: 3:23-cr-180-HES-JBT

NOAH MICHAEL URBAN

___

### DEFENDANT'S INVOCATION OF RIGHTS TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his or her rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

Dated:            January 10, 2024

x _____
Defendant's Signature

_____
Kathryn Sheldon, Assistant Federal Defender
Florida Bar Number 1019538
200 West Forsyth Street, Suite 1240
Jacksonville, FL 32202
Tel: 904-232-3039 / Fax: 904-232-1937
Kathryn_Sheldonl@fd.org

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was served by hand delivery to AUSA, 300 North Hogan Street, 7th Floor, Jacksonville, FL 32202 in open court on this 10th day of January 2024.

                                                  Kathryn Sheldon, Esq.
                                                  Assistant Federal Defender