# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.

NOAH MICHAEL URBAN
*Defendant*

Case No. 3:23-cr-180-HES-JBT

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested),* NOAH MICHAEL URBAN

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Wire fraud conspiracy 18 U.S.C. § 1349

Wire fraud 18 U.S.C. § 1343

Aggravated identity theft 18 U.S.C. § 1028A(a)(1)

Date: 12/21/2023

City and state: Jacksonville, FL

*Issuing officer's signature*

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 12/21/23, and the person was arrested on *(date)* 01/09/24
at *(city and state)* Deltona, Florida.

Date: 1/10/24

*Arresting officer's signature*

Rachel Favio, FBI Special Agent
*Printed name and title*