# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.                                        Case No. 3:23-cr-180-HES-JBT

**NOAH MICHAEL URBAN**

_____

## MOTION TO CONTINUE DETENTION HEARING

The Defendant, **Noah Michael Urban**, by and through his undersigned attorney, files this motion to continue his Detention Hearing set for January 16, 2024 at 3:00 p.m., and states the following:

1. Mr. Urban was brought for Initial Appearance on a 14 Count Indictment on January 10, 2024. (Doc. 9).

2. The Government moved for detention, and a detention hearing was set by agreement on January 16, 2024 at 3:00 p.m. (Doc. 15).

3. Undersigned counsel has tested positive for Covid 19 and is too ill to be present for the detention hearing on January 16, 2024.

4. Counsel respectfully requests a brief continuance or resetting of this case.

1

5. Counsel reached out to AUSA John Cannizzaro, and he had no objection to moving the detention hearing.

## MEMORANDUM OF LAW

A continuance may be allowed by order of the Court for good cause shown. See Local Rule 3.08.

**WHEREFORE**, Mr. Urban requests that this Honorable Court continue the currently detention hearing for a date and time when all parties are available.

Dated: January 15, 2023.

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ Kathryn Sheldon*
Kathryn Sheldon, Esquire
Assistant Federal Defender
Fla Bar Number 1019538
200 West Forsyth Street
Suite 1240
Jacksonville FL 32202
Telephone: 904-232-3039
Facsimile: 904-232-1937
Kathryn_sheldon@fd.org

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that undersigned electronically filed the foregoing *Motion to Continue Detention Hearing* Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, this the 15th day of January, 2024.

*/s/Kathryn Sheldon, Esquire*
Assistant Federal Defender
