UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO.   3:23-cr-180-HES-JBT

NOAH MICHAEL URBAN

## O R D E R

The Court has received requests by members of the press to bring laptop computers and tablets into the United States Courthouse for the arraignment and detention hearing scheduled for January 19, 2024 at 3:30 p.m. before the undersigned. Any member of the press may enter the courthouse with a laptop computer or tablet by presenting the Court Security Officers with media credentials. However, there will be no live transmission from the courtroom and no audio or video recording is allowed.

**DONE AND ORDERED** at Jacksonville, Florida, this 16th day of January, 2024.

JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
U.S. Marshal
Court Security Officers
Clerk's Office Division Manager