## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                                  **Case No. <u>3:23-cr-0180-HES-JBT</u>**

**NOAH URBAN**

    **Defendant.**

    _____/

## UNOPPOSED MOTION TO CONTINUE DISCOVERY MOTION AND
## DISPOSITIVE MOTION DEADLINES

The Defendant, Noah Urban, by and through his undersigned attorney, moves this Honorable Court to enter an Order continuing the Dispositive Motion deadline and Discovery Motions deadline in the above-styled case to the week of March 25, 2024.  As grounds in support thereof, the Defendant would state the following:

1.    The Defendant is charged with one count of Conspiracy to Commit Wire Fraud, nine counts of Wire Fraud, and 4 counts of Aggravated Identity Theft in violation of 18 U.S.C. §§§ 1349, 1343, and 1028(A) (Doc. 1).

2.    The Defendant had his Initial Appearance on January 10, 2024. At that time, Magistrate Judge Toomey ordered the Defendant to be detained and set the detention hearing and arraignment for January 16, 2024 (Doc. 15).

3.    On January 15, 2024, counsel filed an unopposed motion to continue the Defendant's detention hearing due to unforeseen illness (Doc. 20).

4.    On January 19, 2024, Mr. Urban had a detention hearing and arraignment.  Mr. Urban entered a plea of not guilty. Discovery and dispositive motion deadlines were set for February 15, 2024 (Doc. 25).

5.    Also on January 19, 2024, Mr. Urban was ordered to be detained pending trial (Doc. 26).

6.    As of the date of this filing, the undersigned has not received any of the discovery materials in this case.

7.    Defense Counsel has provided an external hard drive to the government so these materials can be uploaded and produced.

8.    The Government has indicated an intention to seek a protective order regarding the discovery and has indicated that the expected discovery will be extremely voluminous.

9.    Defense Counsel seeks a continuance of the discovery and dispositive motion deadlines to allow the Government to comply with discovery obligations and to provide adequate time for counsel to review the materials in preparation for trial.

10.    The undersigned has conferred with the Assistant United States Attorney handling this case, John Cannizzaro. Mr. Cannizzaro does not object the continuances sought by this motion.

2

### Memorandum of Law

Rule 16(d)(2)(b) provides that the court may, for good cause, continue time limits prescribed in the rule. The undersigned would request that this Court continue the discovery and dispositive motions deadlines to the week of March 25, 2024.

WHEREFORE, the Defendant, Noah Urban, moves this Honorable Court to continue the final discovery and dispositive motions deadlines to the week of March 25, 2024.

Respectfully submitted,

A. Fitzgerald Hall, Esq.
Federal Defender, MDFL

*/s/ Kathryn Sheldon*
Kathryn E Sheldon, Esq.
Assistant Federal Defender
Florida Bar Number 1019538
200 W. Forsyth St., Ste 1240
Jacksonville, Florida 32202
Telephone: 904-232-3039
E-Mail: kathryn_sheldon@fd.org
Counsel for the Defendant

## Certificate of Service

I HEREBY CERTIFY that undersigned electronically filed the foregoing Unopposed *Motion to Continue the Dispositive and Discovery Motion Deadlines* with the Clerk of Court (CM/ECF) by using the CM/ECF system, which will send a notice of electronic filing to John Cannizzaro, Assistant U.S. Attorney, this 30th day of January 2024.

/s/ Kathryn Sheldon
Kathryn Sheldon, Esq.
Attorney for Defendant