# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                    CASE NO: 3:23-cr-180-HES-JBT

NOAH MICHAEL URBAN

| **JUDGE** | Harvey E. Schlesinger | **COUNSEL FOR GOVERNMENT** | Brenna Falzetta |
|---|---|---|---|
| **DEPUTY CLERK** | Timothy Luksha | **COUNSEL FOR DEFENDANT** | Kathryn Sheldon |
| **COURT REPORTER** | Katharine Healey | **PRETRIAL/ PROBATION** | |
| **DATE TIME TOTAL** | May 29, 2024<br>1:38 p.m. – 1:40 p.m.<br>2 minutes | **Interpreter** | |

## MINUTES OF STATUS CONFERENCE

Discussion regarding status of case.

Defendant moves to continue trial 90 days.

The Government has no objection to the continuance.

Ore Tenus Motion to continue trial to August trial term is **GRANTED.**

Order to enter.

    **CASE RESET:**
    Status:                  **July 24, 2024 at 1:30 p.m.**
    Trial Term:         **August 5, 2024 at 9:30 a.m.**