UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 3:23-cr-0180-HES-SJH

NOAH MICHAEL URBAN

    Defendant

---

## UNOPPOSED MOTION TO CONTINUE TRIAL

The Defendant, Noah Urban, by and through his undersigned attorney, moves this Honorable Court to enter an Order Continuing the trial for a period of 60 days. As grounds in support thereof, the Defendant would state the following:

1. The Defendant is charged with one count of Conspiracy to Commit Wire Fraud, nine counts of Wire Fraud, and 4 counts of Aggravated Identity Theft in violation of 18 U.S.C. §§ 1349, 1343, and 1028(A). Doc. 1.

2. The Defendant had his Initial Appearance on January 10, 2024. At that time, Magistrate Judge Toomey ordered the Defendant to be detained and set the detention hearing and arraignment for January 16, 2024. Doc. 15.

3. On January 15, 2024, counsel filed an unopposed motion to continue the Defendant's detention hearing due to unforeseen illness. Doc 20.

4. On January 19, 2024, Mr. Urban was ordered to be detained pending trial. Doc. 26.

5. As of the date of this filing, the undersigned has received over 50,000 pages in discovery, which counsel is still documenting and reviewing.

6. Mr. Urban is under investigation in both Oregon and Southern California for additional federal crimes.

7. Undersigned counsel is working with United States Attorneys in all three districts to resolve this case globally through a plea agreement. We are requesting additional time to coordinate all the details.

8. Assistant United States Attorney John Cannizzaro has been working to get criminal Informations filed in those jurisdictions to be resolved in a global plea agreement. Mr. Cannizzaro does not object the continuances sought by this motion.

**Memorandum of Law**

Rule 16(d)(2)(b) provides that the court may, for good cause, continue time limits prescribed in the rule. The undersigned would request that this Court continue the trial for a period of 60 days.

WHEREFORE, the Defendant, Noah Urban, moves this Honorable Court to issue an order continuing the trial for a period of 60 days.

>Respectfully submitted,
>
>A. FITZGERALD HALL, ESQ.
>FEDERAL DEFENDER, MDFL
>
>*/s/ Kathryn Sheldon*
>Kathryn E Sheldon, Esq.
>Assistant Federal Defender
>Florida Bar Number 1019538
>200 W. Forsyth St., Ste 1240
>Jacksonville, Florida 32202
>Telephone: 904-232-3039
>E-Mail: kathryn_sheldon@fd.org
>Counsel for the Defendant

**Certificate of Service**

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Unopposed Motion to Continue Trial* with the Clerk of Court (CM/ECF) by using the CM/ECF system, which will send a notice of electronic filing to John Cannizzaro, Assistant U.S. Attorney, this 23rd day of July 2024.

>*/s/ Kathryn Sheldon*
>Kathryn Sheldon, Esq.
>Attorney for Defendant

3