# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                         CASE NO. 3:23-cr-180-HES-SJH

NOAH MICHAEL URBAN

| **JUDGE** | Harvey E. Schlesinger | **COUNSEL FOR GOVERNMENT** | John Cannizzaro |
|---|---|---|---|
| **DEPUTY CLERK** | Timothy Luksha | **COUNSEL FOR DEFENDANT** | Kathryn Sheldon |
| **COURT REPORTER** | Katharine Healey | **PRETRIAL/ PROBATION** | |
| **DATE TIME TOTAL** | September 18, 2024<br>1:36 p.m. – 1:40 p.m.<br>4 minutes | **Interpreter** | |

## MINUTES OF STATUS CONFERENCE

Discussion regarding status of the case.

The Government moves to continue trial.

The Defendant has no objection to the continuance.

Ore Tenus Motion to continue trial is **GRANTED.**

Order to enter.

    **CASE RESET:**
    Status:          October 23, 2024, at 1:30 p.m.
    Trial Term:    November 4, 2024, at 9:30 a.m.