UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                                          CASE NO: 3:23-cr-180-HES-SJH

NOAH MICHAEL URBAN

_____/

ORDER

Before the Court is the Government's <u>Ore Tenus</u> Motion to Continue Trial filed in open court on September 18, 2024. The Defendant has no objection to this continuance. Upon consideration, this Court finds: (1) that the Government has shown satisfactory grounds for such continuance; (2) that accordingly such continuance will serve the interests of justice to allow defense counsel to investigate this case and prepare for the trial; (3) that the continuance requested by the Government is advantageous to both government and the defendant; (4) such continuances are in the interest of justice and excludable under the Speedy Trial Act; and (5) such continuance will allow counsel additional time to finalize plea negotiations.

Accordingly, it is ORDERED:

1. The Government's <u>Ore Tenus</u> Motion to Continue Trial is **GRANTED**;

2. The Defendant herein is rescheduled for status conference on

**Wednesday, October 23, 2024, at 1:30 p.m.**, and jury trial set for trial term commencing on **Monday, November 4, 2024, at 9:30 a.m.**, in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida;

**DONE AND ORDERED** at Jacksonville, Florida, this 18 day of September, 2024.

                                                HARVEY E. SCHLESINGER
                                                United States District Judge

Copies to:

    John Cannizzaro, Esq.
    Kathryn Sheldon, Esq.
    U.S. Marshal
    U.S. Probation