# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO. 3:23-cr-180-HES-SJH

NOAH MICHAEL URBAN

| **JUDGE** | Harvey E. Schlesinger | **COUNSEL FOR GOVERNMENT** | John Cannizzaro |
|---|---|---|---|
| **DEPUTY CLERK** | Timothy Luksha | **COUNSEL FOR DEFENDANT** | Kathryn Sheldon |
| **COURT REPORTER** | Heather Randall | **PRETRIAL/ PROBATION** | |
| **DATE TIME TOTAL** | November 20, 2024 1:30 p.m. – 1:36 p.m. 6 minutes | **Interpreter** | |

## MINUTES OF STATUS CONFERENCE

Discussion regarding status of the case.

The Defendant moves to continue trial.

The Government has no objection to the continuance.

Ore Tenus Motion to continue trial is **GRANTED.**

Order to enter.

> **CASE RESET:**
> Status:              **January 22, 2025, at 1:30 p.m.**
> Trial Term:       **February 3, 2025, at 9:30 a.m.**