**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.  CASE NO. 3:23-cr-180-HES-SJH

NOAH MICHAEL URBAN

| **Judge** | Harvey E. Schlesinger | **Counsel for Government** | John Cannizzaro |
|---|---|---|---|
| **Deputy Clerk** | Timothy Luksha | **Counsel for Defendant** | Kathryn Sheldon |
| **Court Reporter** | Heather Randall | **Pretrial/ Probation** | |
| **Date Time Total** | January 29, 2025<br>1:39 p.m. – 1:50 p.m.<br>11 minutes | **Interpreter** | |

**MINUTES OF STATUS CONFERENCE**

Discussion regarding status of the case.

The Defendant moves to continue trial for 60-days.

The Government has no objection to the continuance.

Ore Tenus Motion to continue trial is **GRANTED.**

Order to enter.

    **CASE RESET:**
    Status:        March 19, 2025, at 1:30 p.m.
    Trial Term:   April 7, 2025, at 9:30 a.m.