UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 3:23-cr-180-HES-SJH

NOAH MICHAEL URBAN
_____/

ORDER

Before the Court is the Defendant's <u>Ore</u> <u>Tenus</u> Motion to Continue Trial filed in open court on January 29, 2025, the Government has no objection to this continuance. Upon consideration, this Court finds: (1) that the Government has shown satisfactory grounds for such continuance; (2) that accordingly, such continuance will serve the interests of justice to allow defense counsel to investigate this case and prepare for the trial; (3) that the continuance requested by the Government is advantageous to both government and the defendant; (4) such continuances are in the interest of justice and excludable under the Speedy Trial Act; and (5) such continuance will allow counsel additional time to finalize plea negotiations and effectuate a Rule 20 transfer of a case from another jurisdiction

Accordingly, it is ORDERED:

1. The Defendant's <u>Ore</u> <u>Tenus</u> Motion to Continue Trial is **GRANTED**;

2. The Defendant herein is rescheduled for status conference on

**Wednesday, March 19, 2025, at 1:30 p.m.**, and jury trial set for trial term commencing on **Monday, April 7, 2025, at 9:30 a.m.**, in Courtroom 10C, Tenth Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida;

**DONE AND ORDERED** at Jacksonville, Florida, this 29th day of January, 2025.

_____
HARVEY E. SCHLESINGER
United States District Judge

Copies to:

    John Cannizzaro, Esq.
    Kathryn Sheldon, Esq.
    U.S. Marshal
    U.S. Probation