UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:23-cr-00180-HES-SJH

NOAH MICHAEL URBAN

## NOTICE OF RELATED CASES

The United States of America, by Sara C. Sweeney, Acting United States Attorney for the Middle District of Florida, hereby notifies this Honorable Court, pursuant to Rule 1.07(b) of the Local Rules of the United States District Court, Middle District of Florida, of the existence of a related case which concerns issues of law and facts related to those of the above-captioned case. That case is *United States v. Noah Michael Urban*, Case No. 3:25-cr-00070-MMH-PDB, which has been assigned to United States District Judge Marcia Morales Howard.

Respectfully submitted,

SARA C. SWEENEY
Acting United States Attorney

By:  /s/ John Cannizzaro
JOHN CANNIZZARO
Assistant United States Attorney
Florida Bar No. 25790
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
E-mail: john.cannizzaro@usdoj.gov

U.S. v. NOAH MICHAEL URBAN       Case No. 3:23-cr-00180-HES-SJH

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

*Kathryn E. Sheldon, Counsel for Defendant*

                          */s/ John Cannizzaro*
                          John Cannizzaro
                          Assistant United States Attorney