## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

-vs-                                                          Case No. 3:23-cr-180-HES-SJH

**NOAH MICHAEL URBAN**                      Defense Atty: Kathryn Sheldon, Esq.
                                                          AUSA: John Cannizzaro, Esq.

| JUDGE | Samuel J. Horovitz<br>U. S. Magistrate Judge | DATE AND TIME | 3/28/2025<br>10:23 a.m. – 11:25 a.m. |
|---|---|---|---|
| DEPUTY CLERK | Barbara Rothermel | TAPE/REPORTER | Digital |
| INTERPRETER | None present | PRETRIAL/PROBATION | Kimberly Barrett |

### CLERK'S MINUTES

**PROCEEDINGS:**            **GUILTY PLEA HEARING**

Defendant placed under oath.

Government has complied with the Victims' Rights Statute.

Defendant consents to Magistrate Judge taking his plea.

Defendant enters plea of guilty to Counts One, Nine and Fourteen of the Indictment.

Court finds Defendant alert, intelligent and willingly entered plea of guilty.

The parties waive the 14-day objection period to Report and Recommendation.

Detention Order will remain in effect.

**Report and Recommendation to enter.**

Sentencing to be set by District Judge.

**FILED IN OPEN COURT:**
    **NOTICE re: Entry of a Plea of Guilty**
    **Plea Agreement**