UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                            CASE NO. 3:23-cr-180-HES-SJH

NOAH MICHAEL URBAN

_____

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY[1]

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim.
P. 11 and Local Rule 1.02, and has entered a plea of guilty to Counts One, Nine and
Fourteen of the Indictment. After cautioning and examining the Defendant under oath
concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea
was knowing and voluntary, and that the offenses charged are supported by an
independent basis in fact containing each of the essential elements of such offenses. I
therefore recommend that the plea of guilty be accepted and that the Defendant be
adjudged guilty and have sentence imposed accordingly.

**DONE** and **ENTERED** in Jacksonville, Florida on this 4th day of April, 2025.


_____
Samuel J. Horovitz
United States Magistrate Judge

---

[1] The parties have agreed to waive the fourteen (14) day objection period to this Report
and Recommendation. 28 U.S.C. §636(b)(1)(C).

Copies to:
Honorable Harvey E. Schlesinger
United States District Judge
Asst. United States Attorney (Cannizzaro)
Federal Public Defender (Sheldon)
United States Pretrial
United States Probation