UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOAH MICHAEL URBAN | Case No. 3:23-cr-180-HES-SJH<br>3:25-cr-70-HES-PDB |

### UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Defendant Noah Michael Urban respectfully requests leave to file a a sentencing memorandum that exceeds the 25 page limit.

Under Local Rule 3.01(a), a motion most include in a single document no longer than twenty-five pages inclusive of all parts.

Mr. Urban is set for sentencing on August 20, 2025. His case involves a complicated scheme involving theft of cryptocurrency and other virtual assets. The sentencing memo seeks to describe the scheme fully as well as to provide a brief primer on cryptocurrency to this Court. Counsel believes that a shorter memorandum would not adequately represent Mr. Urban's interest appropriately.

Counsel for Mr. Urban has consulted with AUSA John Cannizzaro and is authorized to represent that the government has no objection to the relief requested in this motion.

For these reasons, Mr. Urban respectfully requests leave to file a

1

sentencing memorandum that is 31 pages in length before exhibits are attached.

DATED this 8th day of August, 2025.

> A. FITZGERALD HALL, ESQ.
> ACTING FEDERAL DEFENDER, MDFL
>
> *s/ Kathryn Sheldon, Esq.*
> Kathryn Sheldon, Esq.
> Assistant Federal Defender
> Fla. Bar No. 1019538
> 200 West Forsyth Street, Suite 1240
> Jacksonville FL 32202
> Telephone: 904-232-3039
> Facsimile: 904-232-1937
> Kathryn_sheldon@fd.org

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been furnished by electronic notification to AUSA John Cannizzaro this 8th day of August, 2025.

> *s/ Kathryn Sheldon, Esq.*
> Assistant Federal Defender