UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NOS.  3:23-cr-180-HES-SJH
  3:25-cr-70-HES-PDB

NOAH MICHAEL URBAN

_____

**O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion for Leave to File Under Seal ("Motion"), filed on August 8, 2025. Case No. 23-cr-180, Doc. 76; Case No. 25-cr-70, Doc. 24. The Motion seeks leave to file under seal (i) the Motion itself; and (ii) Defendant's Sentencing Memorandum and Exhibits, which are attached to the Motion. *See* Motion at 1. In support, Defendant argues only that Defendant's "Sentencing Memorandum and Exhibits contain the personal medical records of Mr. Urban, including diagnoses and treatment, which are a significant portion of the sentencing arguments." *Id.* Upon review, the Motion is due to be **granted in part and denied in part** as set forth herein.

Defendant has not shown any basis to seal the Motion itself. As for the attachments, though good cause exists for the sealing of Defendant's personal medical records and references thereto, Defendant has not shown any basis to seal the *entirety* of the Sentencing Memorandum and Exhibits, including those parts that do not contain or reference any medical records.

Accordingly, the Clerk is directed to **unseal** only the Motion itself, no earlier

1

than August 25, 2025. (Case No. 23-cr-180, Doc. 76; Case No. 25-cr-70, Doc. 24). The attachments to the Motion may be filed under seal and shall remain under seal. (Case No. 23-cr-180, Doc. 76-1–76-8; Case No. 25-cr-70, Doc. 24-1–24-7). Within 14 days, however, Defendant shall also file public versions of these documents with redactions (or a blank placeholder for any exhibit consisting entirely of medical records) to only his personal medical records and any references thereto.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of August, 2025.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Harrington)
Asst. U.S. Attorney (Cannizzaro)
Noah Michael Urban
Kathryn E. Sheldon, Esquire
United States Probation