UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:23-cr-180-HES-SJH
    3:25-cr-70-HES-PDB

NOAH MICHAEL URBAN

_____/

ORDER

In accordance with Local Rule 7.02, members of the press may enter the courthouse with a laptop computer and/or tablet to attend the sentencing hearing set for Wednesday, August 20, 2025, at 10:00 a.m. before the undersigned in Courtroom 10C. Any member of the press entering the courthouse with a laptop and/or tablet must present the Court Security Officers with media credentials.

Live transmission or recording of any kind from the courtroom is strictly prohibited. This prohibition includes, but is not limited to, emailing, tweeting, blogging, and messaging or posting via social media. In addition, no audio or video recording is allowed in the courthouse at any time. In addition, all electronic devices must be on silent while in the courtroom.

DONE and ORDERED in Jacksonville, Florida, this 13 day of August, 2025.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jennifer M. Harrington, Esq.
John Cannizzaro, Esq.
Kathryn E Sheldon, Esq.