UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

## HONORABLE HARVEY E. SCHLESINGER

| | | |
|---|---|---|
| CASE NO. | 3:23-cr-180-HES-SJH | DATE: August 20, 2025 |
| | 3:25-cr-70-HES-PDB | |
| TITLE: | USA v. Avery Fuller | |
| TIME: | 10:04 a.m. - 11:30 a.m. | |
| TOTAL: | 1 hour 26 minutes | |

| Courtroom Deputy: Timothy Luksha | Court Reporter: Shelli Kozachenko |
|---|---|
| Probation: Irish Anderson ||
| Counsel for Government:   John Cannizzaro ||
| Counsel for Defendant:   Kathryn Sheldon ||

## CLERK'S MINUTES

Court in session and counsel identified for the record.

Defendant previously adjudicated guilty as to Counts One, Nine, and Fourteen of the Indictment as to Docket No. 3:23-cr-180-HES-SJH and Count One of the Indictment 3:25-cr-70-HES-PDB.

**SENTENCE IMPOSED as to** Counts One, Nine, and Fourteen of the Indictment as to Docket No. 3:23-cr-180-HES-SJH and Count One of the Indictment 3:25-cr-70-HES-PDB.

**IMPRISONMENT**: **ONE HUNDRED TWENTY (120) MONTHS. This term consists of a 96-month term as to Counts 1 and 9 in Docket No. 3:23-cr-180-HES-SJH and Count 1 in Docket No. 3:25-cr-70-HES-PDB, all such terms to run concurrently, and a 24-month term as to Count 14 in Docket No. 3:23-cr-180-HES-SJH, to run consecutively to all other counts.**

The Court recommends to the Bureau of Prisons that the defendant be incarcerated at FCI Coleman and enroll in mental health treatment, specifically gambling therapy.

**SUPERVISED RELEASE**: <u>**THREE (3) YEARS. This term consists of a 3-year term as to Counts One (1) and Nine (9) in Docket No. 3:23-cr-180-HES-SJH and Count One (1) in Docket No. 3:25-cr-70-HES-PDB and a 1-year term as to Count Fourteen (14) in Docket No. 3:25-cr-07-HES-PDB, all such terms to run concurrently.**</u>

*Special conditions of supervised release:*

Mandatory drug testing requirements are suspended.

The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

Defendant shall cooperate in the collection of DNA.

The defendant shall submit to a search.

**SPECIAL ASSESSMENT** of $400.00 is due immediately.

**FINE** and cost of imprisonment are waived.

**RESTITUTION TOTAL AMOUNT $13,416,275.00,** payable to the victims ($13,416,275.00).

Counts Two (2) through Eight (8) and Ten (10) through Thirteen (13) of the Indictment as to Docket No. 3:23-cr-180-HES-SJH and Counts Two (2) and Three (3) of the Indictment as to Docket No. 3:25-cr-70-HES-PDB are dismissed pursuant to the Plea Agreement.

The defendant is remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

Defendant advised of right to appeal.