# EXHIBIT A

## NOAH URBAN'S

## LETTERS OF SUPPORT

Barbara Fehn

██████████

Brevard, NC 28712

████████████

July 25, 2025

The Honorable Judge Harvey E Schlesinger
U. S. District Court, Middle District of Florida
300 North Logan Street
Jacksonville, FL 32202

Re: Sentencing of Noah Urban

Dear Judge Schlesinger,

I am the maternal grandmother of Noah Urban who is currently before you having plead guilty to conspiracy to commit wire fraud, wire fraud, and aggravated identity theft. The intent of my letter is to offer information on the character and background of Noah that may aid in your sentencing decision.

My husband and I currently live in North Carolina. We are both retired and former residents of Florida. Prior to retirement, I worked as Human Resources Coordinator for Health Central in Ocoee, Florida.  When we first learned of Noah's situation and arrest we were shocked. This was so out of character of the Noah we know.

Although we live miles apart, we made every effort to spend as much time with our family as possible during the year with several trips to see them or their visits here.  Noah even spent time here in North Carolina at what he called "Camp Grams."   He loved the outdoors. We would go hiking in the forest  or kayaking on the lakes. He enjoyed spending time with us and was respectful.

When we still lived in Florida, I spent a good deal of time with Noah. One outing that we took, at Noah's request, was to go to the library which surprised me. I did take him and instead of playing with the manipulatives for younger children, he selected books and sat quietly at a table reading.  As an English Major in college, this was especially gratifying. I even took a picture to show his mom how we spent the afternoon.  While he was reading, he noticed a younger girl trying to reach a book on top of the bookcase. He got up and got her the book and returned to his reading.  He was a very caring boy. He always seemed to try to please those he played with on the playground. I never witnessed any roughhousing with other children on the playground in our neighborhood.

As he grew older and my husband and I retired to North Carolina, we always made a point of going to visit for his birthdays in addition to other visits to watch some of his games and meets. He enjoyed swimming and did well on the swim team. He also played soccer and his mom coached the team.  Volleyball was another team sport he enjoyed. He was proud of his accomplishments and always showed good sportsmanship.

During my visits to Florida, Noah and I would go out to eat at our special restaurant.  It was one he frequented often as it was close to his home. He always made sure that I left a generous tip because the people there  "worked hard" and he appreciated that he got extra garlic knots or a free soda without even asking for it.  The wait staff there got to know Noah very well and complimented me on his manners and good behavior whenever I did accompany him.

He always asked about my hobbies and was beyond thrilled when I gave him a T-shirt quilt I made for him. The look on his face was priceless. But more importantly, he later curled up next to me on the sofa under the quilt and thanked me again for it saying,  "it must have taken a lot of work."  For a fifteen year old boy to snuggle with his grandmother in appreciation for a gift was indicative of the loving and appreciative nature of Noah.

It was during his later teen years that Noah became more reticent but we still maintained a good relationship.  After all, he was on the way to becoming a man, and even though he loved me and was respectful, he wasn't that little boy needing handholding anymore.

Knowing my grandson as I do, I was truly shocked with his current situation.  As I mentioned earlier, it was totally out of character.  I know that he regrets the choices he made that brought him before you.  I feel that there is so much good in him and that he would make a good contribution to society given the chance for rehabilitation. I know he will continue to get the love and support from his family to achieve that end.

I thank you for your time in reading my letter and respectfully ask for your mercy when making your decision regarding my grandson, Noah.

Respectfully,

Barbara Fehn



Jennifer Walck

Sanford, FL 32771


July 28, 2025

The Honorable Judge Harvey E. Schlesinger
U.S. District Court, Middle District of Florida
300 North Logan Street
Jacksonville, FL 32202

RE: Sentencing of Noah Urban

Dear Judge Schlesinger,

Noah Urban is currently before you having pled guilty to conspiracy to commit wire fraud, wire fraud, and aggravated identity theft. I respectfully offer this letter to provide some insight into Noah Urban's background and character, both of which I hope helps you to get to know Noah. I am Noah's mother, Jennifer Walck, and while I am "Mom", I was also Noah's official soccer coach, Cub Scout den leader, and homeschool teacher. I was raised in Central Florida, graduated from Stetson University in Deland with a B.A. in Elementary Education, and taught public school in both Lake and Seminole counties. Today I have nearly eight years of service in a senior leadership role for a statewide nonprofit organization because I believe in the mission to serve Florida's children and families, changing life trajectories so that all children can realize their full potential.

Noah's father, Robert Urban, and I welcomed our only child in 2004, selecting the biblical name Noah, and we committed to raising him in the faith in front of our church community at his dedication. Noah was about two years old when we divorced resulting in a chasm between two homes that Noah was never able to successfully bridge. I continued to raise Noah in a Christian home and he completed preschool at Trinity Christian School. Noah regularly attended church with me, choosing to be baptized at his own request two weeks before his ninth birthday. When I shared the news of baptism with Noah's father, he expressed disapproval and just a few weeks later took Noah to a Buddhist temple. In later years, when Noah was thirteen, his father called to express disagreement with the Christian curriculum the school used. It wasn't long after that Noah began to dislike the homeschooling arrangement, echoing some of his father's words. Of most concern, Noah was taught to keep things from me and if I brought up a concern to his father, Noah would reap the consequence of a lecture or yelling for telling me what happened when he was with Dad. This, in turn, created a ripple effect of negative impacts for all involved. Challenges within my second marriage were significant enough to result in Noah and me moving out of the home shared with my husband for a separation lasting nearly two years.

When you first get to know Noah, he is often soft-spoken, polite and as he warms up, he may share his witty sense of humor. Those who know him best often describe Noah as tender-hearted and generous. Growing up, we did community service projects like preparing shoeboxes with toiletries for Samaritan's Purse, participating in local serve days at church, or leading bingo for the seniors in a local retirement community. He has a heart for those less fortunate, especially the homeless. One time he saw a homeless man while we were driving and he convinced me to pull into the McDonald's drive through to buy and deliver a meal to this man, more concerned that this man had not eaten that day than the fact we might be late getting to our destination. Noah also has a heart for hard workers; to this day, he gets upset if I don't tip servers more than the customary 18-20%.

As a young child, Noah enjoyed superheroes and the center of his play was most often 'good guys versus bad guys' highlighting his strong sense of justice. He dressed up as Nightfall, a secret government agent who helped catch the "crime-ers". In fact, throughout his childhood, when you asked Noah what he wanted to be when he grew up, the answers involved law enforcement or criminal justice. School writing assignments talk about his favorite television

show *Psych*, featuring a character so observant the Santa Barbara Police Department thought he was psychic and hired him to help solve cases. That's where Noah wanted to work when he grew up. For another school assignment, Noah says he wants to be a lawyer because "I think it gives you chance to make life a lot more fair." It was no surprise when years later, Noah started high school and chose to enroll in the Legal Studies magnet program. A letter to his teacher says, "I would like to be a BSU (Behavioral Science Unit) Agent with the FBI…" "My goals are to finish high school and get into college with a minimum of a Bachelor's degree. I'm going to try my hardest to achieve this…" Today Noah's aspirations are to get into cybersecurity after he pays his debt to society, to turn his life around and get back on the path he was meant for. If there is one thing I admire most in Noah, it is his positive attitude and resilience.

I believe Noah learned resiliency through a complicated childhood. Differences between the two homes for even the basic structures like bedtimes and homework completion often got in the way for Noah, which were intensified by challenges arising from a neurodevelopmental disorder called Non-verbal Learning Disability (NVLD). For years, I watched Noah begin the school year optimistic and willing to give his all, hopeful for a better year than the last. Unlike his peers, Noah would come home exhausted and often fall asleep before dinner, sometimes sleeping through the night. He wanted to do well, but it was not sustainable. Some called Noah lazy and he started to agree with them, as I watched the A's quickly slide to C's or D's. Noah's father would apply pressure and tell Noah that he needed a plan for when he turned eighteen, where I took a different approach and told Noah to just focus on high school, that we'd figure things out together since I believed he had enough on his plate. Noah was often physically ill from the stress of school, too. Compounding the situation was the fact that as early as the elementary years and well into high school, Noah's father opposed many of the various protocols recommended by medical providers and over time, Noah eventually began to doubt them. I understood that Noah loved both of us, but was not sure how to navigate situations where both parents were polarized. I fear that Noah had to rely solely on himself to identify the truth and way forward.

During Noah's freshman year of high school, struggles intensified both at school and home. Just before spring break, he and his entire school faced trauma as another student shot herself, committing suicide in the auditorium during first period. During the following year, the COVID shut down occurred and when the next semester started, we elected to homeschool Noah for the remainder of high school. Challenges increased and at fifteen years old, Noah chose to live with his father. As our relationship grew estranged, I continued to homeschool Noah. He was dually enrolled at Seminole State College, earning his high school diploma and nearly a year of college credits as he completed his home education program in June 2022.

The years between fifteen and today have been incredibly tumultuous. Even as Noah and I were estranged, I worked to maintain connection over dinners. I was devastated when I learned that the FBI raided his residence and again the day of his arrest. I attended his arraignment and came home in shock as I tried to wrap my mind around everything. Since Noah's arrest, we have begun to reconnect and repair our relationship. I have communicated more with my son since his incarceration than I have since he moved out of my home at fifteen. For that I am grateful.

Noah's charges are serious and he has made significant mistakes. That said, I believe these actions are not reflective of his true character. Noah was arrested at nineteen years of age; NVLD often yields a developmental age younger than chronological, even as the brain is still developing. Noah knows he has made grievous choices. I know that he can turn his life around and contribute positively if given the opportunity for rehabilitation rather than punishment alone. In addition to a strong support system, you have my word that, God willing, I will be there for him to support his integration back into society, to live a meaningful life with purpose. I hope you will take all of this into consideration during sentencing. Thank you for your time and for allowing me the opportunity to provide this reference.

Respectfully,

*Jennifer Walck*

Jennifer Walck

**Kimberly Bardsley**

███████████████

Apopka, FL 32712

████████████████████


July 29th, 2025

The Honorable Judge Harvey E. Schlesinger
U.S. District Court, Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202


RE: Character Reference for Noah Urban

Dear Judge Schlesinger,

My name is Kimberly Bardsley, and I am Noah's aunt. His mother is my older sister and I have known Noah Urban since he was born. I am writing this letter to provide a character reference for him as the Court considers sentencing in the matter involving charges of conspiracy to commit wire fraud, wire fraud, and aggravated identity theft.

I do not intend to minimize the seriousness of the offense. I understand the gravity of these charges and the harm that can result from such actions. However, I wish to offer some insight into the person I have come to know outside of this case.

In the time I've known Noah, he has shown kindness, generosity, curiosity, and a dedication to family. As a high school student, I was beyond proud to wear my "Auntie" shirt on the day that Noah was born. My earliest memories of my special times with Noah include taking him to the mall and buying him his first pair of converse shoes and a Build-A-Bear stuffed animal when helping my sister with babysitting duties. I was so proud to have a baby nephew and felt honored to be able to help care for him.

Throughout the years that followed, I was fortunate to have Noah close by and we often spent holidays together. It was especially exciting during Easter where I got to continue hosting the traditional easter egg hunt for him as his mother used to do for me as a child.

 One of my fondest memories of Noah was on one of my daughter's first trips to Disney. With more than 10 years of age separation, it was so heartwarming when Noah chose to spend his hard-earned allowance to buy his two-year old cousin, my daughter, a Mickey Mouse stuffed toy. He was so proud of the smile he put her on her face and my sister and I couldn't help but

notice the irony of that moment being so much like the memory of my mall trip with Noah around the same age.

As the years have passed and Noah became a teenager, our outings were not always as frequent but his interest in my life was always prevalent. Many times, he would ask me about my students and how my class responded to my latest haircut and color. He especially found my tattoo honoring my husband and daughter to be intriguing and we talked in depth about the special meaning behind certain family inspired tattoos. He always showed an interest in what I was doing and often told me that I was easy to talk to because I was a "cool aunt."

It is my sincere belief that this experience and his prior decisions have profoundly affected him, and that he is genuinely committed to making amends and rebuilding a life rooted in integrity. I respectfully ask the Court to consider Noah's character and potential for rehabilitation when determining an appropriate sentence. I believe he is capable of becoming a positive, contributing member of society and is committed to doing so.

Thank you for your time and consideration.


Sincerely,

**Kimberly Bardsley**

**The Honorable Judge Harvey E. Schlesinger**
U.S. District Court
Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

**Re: Sentencing Letter for Mr. Noah Urban**

Dear Judge Schlesinger,

I am writing this letter in the hope that it will offer meaningful insight into who Noah Urban is beyond the charge he has pleaded guilty to. I understand the weight of your responsibility and do not take this opportunity lightly. I only hope that what I share will provide a fuller view of the young man I've known and cared about for many years.

I've been a public high school teacher for 22 years and am also a Licensed Mental Health Counselor. I've dedicated my life to supporting children and families—through both education and emotional healing. After being widowed while six months pregnant, I raised twins—a boy and a girl—on my own until I met Robert, Noah's father. As our relationship grew, our families slowly and lovingly blended. For the past eight years, Robert has been my life partner, and with that, I embraced his son Noah as my own in a "stepmom" role. I've been a steady, caring presence in Noah's life, and I've come to know him deeply during this time. When I first met him, he was a wildly intelligent and intense teenager—sharp-witted, emotionally layered, and endlessly curious about the world around him. Over the years, I've watched him navigate personal challenges, wrestle with identity, and more recently, take meaningful steps toward reflection, maturity, and growth.

I'm fully aware that Noah has pleaded guilty to a federal charge, and I recognize the seriousness of his actions. As an educator and mental health professional, I strongly believe in accountability and in the importance of consequences. I would never seek to minimize the crime or shift responsibility. What I can speak to, however, is Noah's character outside of this situation—who he has been to our family, and the positive impact he's had on those closest to him.

One of the clearest examples of this is the relationship he has built with my younger children. From the beginning, Noah has been a patient, playful, and deeply attentive older presence in their lives. Whether he's building elaborate forts, helping with homework, or engaging in long, imaginative games that require more energy than most adults can muster, he has always made them feel seen and important. They look up to him—not just because he's older, but because he's kind, funny, and endlessly curious. The bond he shares with them isn't performative; it's rooted in genuine affection and care.

Another side of Noah that has always stood out is his love for animals. He has a natural
gentleness and protective instinct toward them that speaks volumes about his empathy.
Whether it's bottle-feeding a rescue kitten or stopping to move a turtle off the road, he's
always had an instinct to nurture and protect. His compassion for animals often seemed
to mirror his own desire to feel safe and understood in a sometimes overwhelming
world. I have often encouraged and talked with him about a future working with
animals, such as marine biologist, animal shelter, or zoo.

These traits—his kindness with children, his gentleness with animals, his flashes of joy
and creativity—are just as real and defining as the mistakes he has made. I've seen him
at his best, and I believe strongly that those parts of him are still there, ready to be
cultivated and redirected toward a better future.

Noah has a long road ahead, and I know he has work to do. But I also know this: he is
not beyond redemption. He is still young, still capable of learning, growing, and
becoming someone who contributes meaningfully to others. I've seen that potential
firsthand.

Thank you, Your Honor, for taking the time to read this letter and consider my
perspective. I know the decision you face is difficult, and I appreciate your willingness to
hear from those who know and love Noah personally.

With sincere respect,
**Melissa Lundell**

*Melissa Lundell*

Noelle Fehn

██████████████

Brevard, NC 28712

██████████████

July 26, 2025

The Honorable Judge Harvey E. Schlesinger
U.S. District Court, Middle District of Florida
300 North Logan Street
Jacksonville, FL 32202

RE: Character Reference for Noah Urban

Dear Your Honor,

My name is Noelle Fehn, and I am writing to respectfully offer a character reference for Noah
Urban, who is scheduled to appear before you for sentencing in connection with conspiracy to
commit wire fraud, wire fraud, and aggravated identity theft. I hope that in my sharing this letter
it will help you with your sentencing by providing you insight into Noah's character.   Noah is my
nephew. His mother is my sister. I work as a teacher at an alternative high school in North
Carolina.

Although Noah and I don't live near each other geographically, we still spend time together as a
family on holidays and vacations.  One visit, I cannot remember if it was Thanksgiving or
Christmas, I went down to Florida to visit the family when Noah was still a very young boy.
Right before my visit, all the Halloween costumes were on clearance and on a whim I picked up
a superhero costume for Noah to play dress up in.  He was so excited that when he donned his
superhero outfit, he wore it for three days in a row. When that outfit was on, he was in this new
world where he could be the superhero.  He loved to be a superhero and protect us from the
bad guys.

When Noah got older, he came up to North Carolina for a week to vacation with my parents. We
took him around to see all the sights of our area.  A friend of ours has two boys roughly the
same age, so we met up at a local waterfall & swimming hole so he would have someone his
own age to play with.  He was very friendly towards them, and within just a few minutes it was
like they knew each other for weeks.

As Noah became a teenager, he still liked to have fun with family, even though it was not as
cool since he was the only teenager in our family.  One Christmas he got a karaoke machine
and we had so much fun singing all the songs.  Another summer visit, it was time for us to
introduce Noah to a "Fehn family tradition" of whitewater rafting.  When his mother and I were
kids, we went with my Dad (and later convinced my Mom and younger sister, too) to try rafting.
It was one of our favorite highlights of family vacation in the mountains.  His mother and I,
although now much older, were brave enough to relive our teenage fun and introduced Noah to

the adventure.  We had such a fun time and I think Noah appreciated how now he was part of the family tradition.

This recent conviction does not reflect the person I have known as my nephew.  That said, I do not write this letter to minimize the seriousness of the offense, but rather to provide insight into Noah's character outside of this situation, and to express my belief in his ability to grow and make amends.  Noah is a very bright, creative, and capable young man. He has a strong family support around him.  Respectfully, I hope that the court might consider a focus on rehabilitation and restoration, allowing him to continue to grow and contribute positively to his community.

Thank you for taking the time to consider my perspective. Please feel free to contact me if I can provide any further information.

Sincerely,


Noelle Fehn

Richard Fehn

Brevard, NC 28712

July 25, 2025

The Honorable Judge Harvey E. Schlesinger
U. S. District Court, Middle District of Florida
300 North Logan Street
Jacksonville, FL32202

Re: Sentencing of Noah Urban

Dear Judge Schlesinger,

I am the father of Jennifer Walck, the mother of Noah Urban, my grandson,  who is before you having plead guilty to wire fraud and identity theft. The intent of this letter is to give you insight to Noah's background and character.

I am a retired AT&T employee where I worked for over 35 years in Accounting, the last position as Manager in the Payroll Department. My wife and I currently reside in North Carolina. We endeavored to make as many trips to Florida to spend time with my daughters and their children as possible throughout the years to be present for important events in our grandchildren's lives.

When my daughter and Noah's father divorced, being already retired, I was Noah's care giver until such time that my daughter found suitable day care arrangements and full-time employment.

Growing up Noah was the typical boy playing super hero saving the world. As he grew and became involved in sports, he exhibited good sportsmanship and was determined to excel in them. He played soccer, was on a swim team, and as a teen, played volleyball. We tried to make as many of the events as possible to show our support and encouragement. Noah always appreciated our making a trip to watch his participation in the sports. We also made a special trip to celebrate his birthdays. He was especially very grateful for these visits.

Noah always wanted to share his knowledge and expertise with me on topics he was interested in or something he knew he could teach me. One example is his tip about cooking and showing me how to take apart a frozen breakfast biscuit to most efficiently heat it. He was quite proud to show his Dziadz (grandfather in Polish) around the kitchen. It was a special time of bonding when he was visiting here in North Carolina. He even wanted to learn how to make pierogi, a long-time family Christmas tradition, with his Aunt Noelle. Family participation was important to him.

We grew even closer when Noah, his Mom, my wife and I made a family trip to Alaska. He soaked up everything he saw in wonder and amazement. Wherever we went he was courteous and polite.

He loved his pets and was a responsible pet owner in taking care of them. He was especially
fond of his dog Kronos and was devastated when Kronos eventually passed away. My grandson
always had a soft heart for not only animals but those less fortunate in their circumstances.

I was always proud of my grandson who, to my knowledge, never got involved in drugs, under
age drinking, or loitering in the mall with a group of kids as some teens I've observed over the
years. That is why it was a total shock to learn of the circumstances that bring him before you.

I feel that Noah is remorseful. I feel that once he has made recompense, he can truly be an
asset in whatever endeavor he pursues in the future.  Therefore, I respectfully ask for your
compassion in making your judgement.

Respectfully,


Richard Fehn

**To The Honorable Judge Harvey E. Schlesinger**
U.S. District Court
Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

**Re: Sentencing Letter for Mr. Noah Urban**

Honorable Judge Schlesinger,

I'm writing today as Noah Urban's father, and I sincerely appreciate the opportunity to provide additional information about him for your consideration ahead of the sentencing hearing. My hope is that this letter will help you see a fuller picture of the young man I've known his whole life.

By way of introduction, I am a U.S. Marine veteran, a Master Mason, a small business owner, and hold a Ph.D. in Earth and Environmental Science. I've written nine books and worn many hats throughout my life—but none compare in significance to the two I cherish most: being a devoted partner and the proud father of three.

I live in DeLand, Florida, where I've spent the past two decades after the Marine Corps raising my family, building community relationships, and trying to be a good father and citizen. I'm 48 years old, and I've always believed in service, accountability, and the importance of second chances—especially when it comes to young people who still have their whole lives ahead of them.

I am fully aware that my son, Noah Urban, has pleaded guilty to a federal charge. When I learned the full scope of the charge, I was devastated. As his father, it was deeply painful to realize that someone I love so much had made such serious mistakes. At the same time, I understand that his actions were criminal and wrong. There's no excuse for them, and I would never try to offer one. He must take responsibility for what he did—and he is.

Noah is my oldest child, and I've known him every moment of his life. From the time he was a little boy, he was remarkably bright—curious about how things worked. His mind moved quickly, sometimes faster than his maturity could catch up. I have been amazed at his understanding of complex science or other intellectual pursuits throughout his life. We talk regularly, and even when he was living on his own, he would reach out to share his ideas, ask for advice, or just talk about music and life. Our bond has always been strong.

Over the years, there have been countless moments that reflect Noah's better nature—his kindness, curiosity, empathy and willingness to help others—but one that stands out vividly in my memory took place when he was around 13 years old.

When Noah was around 13, he found out that a local family was struggling—without enough food or even the basics to celebrate the holidays. Without being prompted, he came to me and asked if we could help. On his own initiative, he gathered groceries, picked out Christmas items, and even included some of his own favorite toys he had been saving for. He used his allowance and did extra chores to buy new gifts and was adamant that everything be delivered anonymously. He didn't want recognition—he just wanted to make sure that family felt seen and cared for. It was one of those moments that revealed the depth of his empathy and the kind of heart he has when no one's looking. He didn't do it for praise—he just genuinely wanted to help. That was a moment that reminded me what a kind heart he has underneath all the layers of youthful bravado and online persona.

What I know about Noah is this: he is not a hardened criminal or someone without remorse. He's a young man who made serious errors in judgment. But he is also incredibly intelligent, creative, and capable of contributing something meaningful to the world if given the chance to rebuild. He has shown me through our conversations over the past year that he is deeply reflective, scared about his future, and most of all, regretful. He understands now that choices have consequences—real ones—and that trust is hard to earn back once broken.

Noah grew up in a house where we taught integrity, even when it was hard. His mother and I divorced when he was young, and I know that created challenges for him. But I've always tried to be present, to guide him, and to remind him of who he is at his core: a compassionate, fiercely bright young man with a sense of humor and a deep desire to be loved, accepted and understood.

I respectfully ask that as you weigh the decisions before you, you consider the totality of who Noah is. I am not asking for leniency; I am asking for hope. Hope that the mistakes he made don't forever define him, and that there's still a path forward where he can grow into the man I believe he is capable of becoming. I believe that if he utilized his brilliance for the betterment of mankind, the good he could do is inestimable.

Thank you, Your Honor, for your time and your service. I know this decision is not an easy one, and I appreciate the opportunity to offer my perspective as a father who has seen both the flaws and the promise in his son.

With respect and sincerity,

**Dr. Robert Urban**

*William R. Urban*

**Timmy Rupeiks**
Winter Garden, FL
July 23, 2025

The Honorable Judge Harvey E. Schlesinger
U.S. District Court, Middle District of Florida
300 North Hogan Street
Jacksonville, FL 32202

**Re: Sentencing for Mr. Urban**

Dear Judge Schlesinger,

I am writing this letter to provide additional information about Mr. Urban for your consideration in the upcoming sentencing hearing. I hope that sharing my personal perspective and experiences with Mr. Urban will assist you in forming a more complete understanding of his character.

By way of introduction, my name is Timmy Rupeiks. I am 49 years old and live in Winter Garden, FL. I own a staffing company with my wife, and have been part of the Central Florida community for over 24 years.

I am aware that Mr. Urban has pleaded guilty to a federal charge. When I first learned about his situation, I was shocked and deeply saddened. Knowing him as I do, his actions were surprising, and I recognize that what he did was wrong and against the law. I do not excuse or minimize his conduct, and I understand the seriousness of the offense.

I have known Mr. Urban since he was a small boy of 5 years old or so, having witnessed his growth over the years. When he was small, we played soccer together, along with his father, and I've been witness to part of his journey as he grew up. We would often have the three of us (Mr Urban, his father, and myself) together for lunch or dinner and he was always an insightful and bright boy with very nice manners. I was witness to their relationship and the time they spent together whether they were building robots or exploring new recipes.

I recall one instance where Mr. Urban and his father went out to a restaurant and on their way home, his father had a medical event and lost control of the car he was driving them in. Mr. Urban thought quickly, pulled the emergency break, and turned the steering wheel to prevent the vehicle from crashing into the cross traffic that was directly ahead of them. We were all super proud of Mr. Urban and the city even awarded him a medal at a ceremony, which we attended (see picture below).



In my personal opinion, Mr. Urban is a young man with a big heart who made a very serious error in judgment. My hope is that given his kind character and other positive past behavior, that he not be not defined by these acts. I know him to be a smart, studious, generous, and family-oriented individual. I have seen him speak and interact kindly to his step siblings and to my children as well.

I hope you will consider these positive aspects of his character as you make your decision. I believe that Mr. Urban has the capacity to learn from this experience and contribute positively to his family and community moving forward.

Thank you for your time and consideration in reading this letter.

Respectfully,

Timmy Rupeiks

# EXHIBIT B

# PHOTOS



















# EXHIBIT C

# NOAH URBAN'S

# CITIZEN HERO LONGWOOD PD

# AND

# MAYOR PROCLAMATION 2014



*Proclamation*

**WHEREAS,** Noah Urban is ten years old, resides in Longwood, Florida, and attends Fifth Grade at Woodlands Elementary School. He was born in Charleston, South Carolina and moved to Longwood shortly thereafter; and

**WHEREAS,** Noah Urban shares his time between his mom and stepdad – Jennifer and John Walck and his father, Robert Urban; and

**WHEREAS,** Noah Urban enjoys soccer, swimming, jujitsu and spending time at Wekiva Springs State Park exploring the woods with his Marine Corps Veteran dad. He also loves animals and has a huge heart for the homeless children in the area; and

**WHEREAS,** Noah Urban is a ten year old hero having the courage, sound judgment and ability to think well beyond his age. His heroic actions saved his father, himself and others from impending serious injury as a result of a traffic crash; and

**WHEREAS,** the Longwood Police Department is very proud of Noah Urban and highly commends him as a true "Public Hero". He is being awarded the Longwood Police Department's prestigious "Citizen Hero Award".

**NOW, THEREFORE, I, John C. Maingot,** Mayor of the City of Longwood, Florida, do hereby recognize **Noah Urban** for all his accomplishments, his exceptional courage and his heroic action in a potentially catastrophic incident.

**In Witness Whereof,** I have hereunto set my hand and caused the seal of the City of Longwood to be affixed this _15th_ day of _December_, 2014.

**John C. Maingot, Mayor**

**ATTEST:**

**Michelle Longo, City Clerk**



# Longwood Police Department

Troy K. Hickson
Chief of Police

235 West Church Avenue
Longwood, FL 32750
Phone: (407) 260-3400
Fax: (407) 332-4780

**To:** Chief Troy Hickson
**From:** Sgt. James McKenna
**Via:** Commander Tim Cooper
**RE:** Letter of recognition for heroic action of a ten year old civilian
**Date:** 11/12/2014

Sir,

On November 06, 2014 at approximately 1700 hours Ofc. James Finch responded to a vehicle crash in the parking lot of the Winn Dixie Plaza located at 929 West State Road 434. When Ofc. Finch arrived he observed a serious crash in which a 2013 Toyota Camry had rear ended a parked dully, flatbed, work truck. The truck was parked facing south at the curb just north of the sidewalk for State Road 434. The Camry was wedged up under and into the rear of the truck which was pushed out of the parking space, over the curb, through the hedges and over sidewalk. The truck stopped with its front end just short of entering the westbound lanes of State Road 434. The driver of the Camry had a medical episode which caused him to cough severely and the driver lost consciousness. His ten year old son Noah Urban had the wherewithal to pull the emergency brake which had an obvious effect of slowing the acceleration of the car, and also the truck from being pushed into westbound traffic on State Road 434. His actions most likely prevented any serious injury or further incident. Had Noah Urban not taken the actions he did at the time he did the crash would have been much more severe and likely involved multiple vehicles on State Road 434 as well and any additional injuries which would also have likely occurred. Ofc. Finch and Corporal Ryan Short commended him on his actions and uncanny ability to think rationally during a stressful event.

Officers, Firefighters and military personnel are all provided many hours of training to think at this level during times of high stress when physiological changes in the body make this difficult. Noah Urban not only thought this way he performed this way when he had the ability to know he had limited resources or courses of action and he made the decision to pull the emergency brake. I can't stress enough how impressed I am with his ability to perform at this level when he is so young. Having been a police officer for 27 years and a trainer for the majority of those years I know it takes discipline and training to get to the level at which Noah performed. Not only is his ability already at this level. He has already proven his ability during the crash. Outstanding!

I would like to recognize Noah Urban for this actions that prevented a crash from becoming a serious multi car, multi roadway crash with injuries. My hat is off to Noah and I have the same respect and honor for him as I would any officer for performing any similar action in a time of high stress.

Professionally,

Sgt. James McKenna



*Duty to A.C.T.*
*Accountability Consistency Transparency*

Chief of Police Troy K. Hickson
235 West Church Avenue
Longwood, FL 32750
Phone: (407) 260-3400
Fax: (407) 332-4780

November 17, 2014

### <u>Citizen Hero Award Commendation</u>

In the late afternoon hours of November 6, 2014 the Longwood Police Department responded to a vehicle crash in the parking lot of Winn Dixie on State Road 434 and Rangeline Road. Our investigation revealed extraordinary and outstanding heroic actions on behalf of a ten year old passenger in the primary vehicle involved in this crash. A 2013 Toyota Camry was being driven through the parking lot by a father and his ten year old son was a passenger in the vehicle. The father experienced a coughing episode brought on by a medical condition and subsequently lost consciousness causing the vehicle to accelerate quickly through the busy parking lot toward State Road 434, striking a truck in the rear and pushing it toward busy State Road 434. The ten year old passenger knowing that his father was unconscious had the courage and sound judgment to quickly apply the parking brake of the Toyota Camry slowing its acceleration. These heroic actions by this young man prevented the truck from being pushed further into the traffic lanes on State Road 434 and tremendously lessened the severity of the crash and potential catastrophe unfolding.

Noah Urban was that ten year old hero who saved himself, his father and others from impending serious injury as a result of this traffic crash. The Longwood Police Department is very proud of Noah Urban and his ability to think well beyond what is expected of a ten year old boy. His immediate, decisive and heroic actions are highly commended and he is recognized as a true "Public Hero" during this vehicle crash incident. He is being awarded the Longwood Police Department's prestigious "Citizen Hero Award" for his heroic actions during this incident.

Professionally,

Troy K. Hickson
Chief of Police

# EXHIBIT D

*(Filed Under Seal)*

NOAH URBAN'S

PEDIATRIC RECORDS

2017-2021

# EXHIBIT E

*(Filed Under Seal)*

# NOAH URBAN'S

# 2014 NEUROPSYCH EVALUATION

# EXHIBIT F

*(Filed Under Seal)*

## NOAH URBAN'S

## COLUMBIA UNIVERSITY NVLD ASSESSMENT

# EXHIBIT G

*(Filed Under Seal)*

SEMINOLE COUNTY SCHOOLS

2017 PSYCHOLOGICAL EVALUATION