# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 3:23-cr-180-HES-SJH
  3:25-cr-70-HES-PDB

**NOAH MICHAEL URBAN**
_____

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that NOAH MICHAEL URBAN, Defendant above named, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in a Criminal Case entered in this action on August 25, 2025.

DATED this 8th day of September 2025.

>A. FITZGEARLD HALL, ESQ.
>ACTING FEDERAL DEFENDER
>
>*/s/ Kathryn Sheldon, Esq.*
>Kathryn Sheldon, Esq.
>Assistant Federal Defender
>Fla Bar Number 1019538
>200 West Forsyth Street, Ste 1240
>Jacksonville FL 32202
>Telephone: 904-232-3039
>Facsimile: 904-232-1937
>Kathryn_sheldon@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing *Notice of Appeal* was served by electronic notification to John Cannizzaro, Assistant United States Attorney, on September 8, 2025.

*/s/ Kathryn Shelton, Esq.*
Kathryn Sheldon, Esq.
Assistant Federal Defender
