UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 3:23-cr-180-HES-SJH

NOAH MICHAEL URBAN

**UNITED STATES' MOTION FOR
FINAL ORDER OF FORFEITURE**

Pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, the United States hereby moves for a Final Order of Forfeiture for a) 1,306,285.53 Dai (DAI) seized from the wallet ending in 38D1f9a, and b) 800.483 Ethereum (ETH) seized from the same wallet. In support, the United States submits the following.

**MEMORANDUM OF LAW**

I.   **Procedural History**

1.      On August 20, 2025, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court entered a preliminary order of forfeiture for the above-referenced assets. Doc. 80.

2.      In accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from August 22, 2025, continuing through September 20, 2025. Doc. 99. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the

Clerk—United States District Court, 300 North Hogan Street, Suite 9-150, Jacksonville, Florida 32202—a petition to adjudicate their interests within 60 days of the first date of publication.

3.    No one has filed a claim to the assets and the time for doing so has expired.

## II.    Applicable Law

Pursuant to 21 U.S.C. § 853(n)(7), following the disposition of all petitions, or if no petitions are timely filed in accordance with 21 U.S.C. § 853(n)(2), "the United States shall have clear title to property that is the subject of the order of forfeiture and may warrant good title to any subsequent purchaser or transferee." 21 U.S.C. § 853(n)(7). It is then appropriate for the Court to enter a final order of forfeiture in accordance with Rule 32.2(c)(2).

As required by 21 U.S.C. § 853(n), the United States published notice of the forfeiture on the official government website, www.forfeiture.gov, from August 22, 2025, continuing through September 20, 2025. Doc. 99.

Publication by internet is permitted in civil cases pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Federal Rules of Civil Procedure. Federal Rule of Criminal Procedure 32.2(b)(6)(C) provides that publication of notice of criminal forfeiture may be made by any means described in Supplemental Rule G(4)(a)(iv).

Publication gave notice to all those who might have an interest in the subject property of the United States' intent to dispose of the assets and gave instructions on filing a petition to adjudicate their interests in the assets. In accordance with those provisions, a person or entity had 60 days from the first date of publication to file a petition with the District Court to adjudicate his interest. In this instance, the first date of internet publication was August 22, 2025. Accordingly, the final date for those who did not receive direct written notice to file a petition to adjudicate an interest in the assets was October 21, 2025, and the time for filing such a petition has expired.

No person, other than the defendant, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have any potential interest in the assets. No one has filed a petition or claimed an interest in the assets. The time for filing a petition has expired.

Publication having been effected, and no claim or petition to adjudicate an interest having been filed, it is now appropriate for the Court to enter a Final Order of Forfeiture for the assets.

## III. <u>Conclusion</u>

The United States respectfully requests that, pursuant to 21 U.S.C. § 853(n)(7), and Rule 32.2(c)(2), the Court enter a final order forfeiting to the United States all

right, title and interest in the assets described above for disposition according to law and vesting clear title to the property in the United States.

Respectfully Submitted,

GREGORY W. KEHOE
United States Attorney


By:    *s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: Jennifer.Harrington2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney

4