UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                         Case No. 3:23-cr-180-HES-SJH

NOAH MICHAEL URBAN

## FINAL ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a) 1,306,285.53 Dai (DAI) seized from the wallet ending in 38D1f9a, and b) 800.483 Ethereum (ETH) seized from the same wallet.

On August 20, 2025, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), the Court entered a preliminary order of forfeiture for the above-referenced assets. Doc. 80.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from August 22, 2025, continuing through September 20, 2025. Doc. 99. The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the ClerkCUnited States District Court, 300 North Hogan Street, Suite 9-150, Jacksonville, Florida 32202Ca petition to adjudicate their interests within 60 days of

the first date of publication. No one has filed a petition or claimed an interest in the assets and the time for filing a petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States= motion, Doc. 105, is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets are CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the assets is now vested in the United States of America.

DONE and ORDERED in Jacksonville, Florida, this \_\_7th\_\_ day of \_\_November\_\_, 2025.

                                                HARVEY E. SCHLESINGER
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record