# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

| | |
|---|---|
| David J. Smith<br>Clerk of Court | For rules and forms visit<br>www.ca11.uscourts.gov |

December 15, 2025

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 25-13091-GG ; 25-13101 -GG
Case Style: USA v. Noah Urban
District Court Docket No: 3:25-cr-00070-HES-PDB-1

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

Nos. 25-13091 & 25-13101-GG

_____

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

versus

NOAH MICHAEL URBAN,
a.k.a. Sosa,
a.k.a. Elijah,

                              Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: The motion to voluntarily dismiss consolidated appeals 25-13091 and 25-13101, filed by Appellant Noah Michael Urban, is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeals were duly entered dismissed on this date.

Effective December 15, 2025.

                              DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                FOR THE COURT - BY DIRECTION